Cite as 2023 Ark. 193

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ADMINISTRATIVE PLAN FOR THE TENTH DISTRICT COURT | Opinion Delivered: December 14, 2023 |

**PER CURIAM**

Pursuant to Administrative Order No. 18, an amendment to the currently approved administrative plan has been submitted by the Tenth District. The amendment is approved and shall be effective January 1, 2024.